UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALBERT ANTHONY GRAYER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1133** |
| **WARDEN HEATH MARTIN, ET AL.** | **SECTION "P" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation (R. Doc. 12), and finding that as of this date, plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's Albert Anthony Grayer's § 1983 claims against Defendants Warden Heath Martin and Lieutenant Terry Lane in their official and individual capacities be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e as frivolous and for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Grayer's claims against Defendants Sergeants Alexandria Nanni and Sergeant Michael Johnson in their official capacities be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e as frivolous and for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Grayer's claims regarding unsanitary conditions of confinement, cold food, failure to protect, lack of adherence to grievance policies, and denial of access to courts be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e as frivolous and for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Grayer's claims of medical indifference against Defendants Nanni, Johnson, Mott, and Sebastian Temple in their individual capacities be allowed

to proceed and remain referred to the undersigned Magistrate Judge for further pretrial proceedings.

New Orleans, Louisiana, this 29th day of December 2023.

                                                                                    *[signature]*
                                                                **DARREL JAMES PAPILLION**
                                                                **UNITED STATES DISTRICT JUDGE**