UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALBERT ANTHONY GRAYER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1133** |
| **WARDEN HEATH MARTIN, ET AL.** | **SECTION "P" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation (R. Doc. 20), and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Albert Anthony Grayer's 42 U.S.C. § 1983 complaint and all remaining claims and defendants are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 29th day of December 2023.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**